FILED 09 MAY '19 10:42 USDC-ORE



# UNITED STATES DISTRICT COURT

for the

District of Oregon

__Eugene___ Division

Patrick Louis Henderson
Christine Diane Henderson

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Oregon Department of Human Services

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 6:19cv724-MK

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick and Christine Henderson |
| Street Address | 3130 Kinsrow Apt 305 |
| City and County | Eugene, Lane, |
| State and Zip Code | Oregon, 97401 |
| Telephone Number | 541 232 2554 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of Human |
| Job or Title *(if known)* | Resources- Full Access |
| Street Address | Brokerage |
| City and County | 1240 Chamelton St. |
| State and Zip Code | Eugene Or 97401 |
| Telephone Number | 541-284-5070 |
| E-mail Address *(if known)* | Case Manager: Kristie Krinock |

Defendant No. 2

| | |
|---|---|
| Name | Department of Human |
| Job or Title *(if known)* | Services- Oregon Develop |
| Street Address | mental Disabilities |
| City and County | Services |
| State and Zip Code | 500 Summer Street NE |
| Telephone Number | E02 Salem Or 97301-1073 |
| E-mail Address *(if known)* | 503-282-8096 |

Defendant No. 3

| | |
|---|---|
| Name | Department of Human |
| Job or Title *(if known)* | Services- Oregon Health |
| Street Address | Authority |
| City and County | 3991 Fairview Industrial |
| State and Zip Code | Dr SE Salem Or 97302 |
| Telephone Number | 877 398 9238 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ADA Title II + III
Medicaid and Medicare Fraud
Section 504
"Steering" Housing discrimination
Constitutionality of State Statutes

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Patrick Louis Henderson, Christine Diane Henderson, is a citizen of the State of *(name)* Oregon

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Full Access, is a citizen of the State of *(name)* Oregon. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* Oregon Department of Human Services, is incorporated under the laws of the State of *(name)* Oregon, and has its principal place of business in the State of *(name)* ______.

Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy / moral and ethical issue not about $.

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Patrick's care requires 24/7 and 2 staff that requires advanced training. Patrick's Primary Care Physician has ordered these services should be provided in his personal Home. Not a institution. DHS refused to comply. Patrick has sustained personal injury due to DHS refusing to follow medical orders.

## IV. Relief

*Stop Medicaid and Medicare fraud by making DHS follow their own rules and quit embezzling funds that were meant for clients of Oregon Needs Assessments not for DHS uses.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Change PASSR assessment tool so it does not discriminate based on a persons Diagnosis; Award 40,000.00 to pay DHS's Recovery unit and Award damages for harassment, undo stress, Bullying.

*Change DHS's State + Federal Regulations that "steer" medical services based on a clients choice of housing accommodations.

*Award damages to clients and workers being forced labored/working out of scope of training/lost wages/withheld wages

*Change DHS rules so they are not bullying direct care workers while breaking every labor law ever written.

*Compensation for clients injuries due to neglect of DHS

See enclosed protective service complaint (for more)

---

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-6-19

Signature of Plaintiff [signature]

Printed Name of Plaintiff Christine Henderson

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________